UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jonathan T. Carter,
   Plaintiff
vs
Micheal Melvin, Warden of Pontiac
Correctional Center, et al., Defendants
   Defendant(s)

Case No. 1:17-CV-01110-SLD

SCANNED at PCC and Emailed
05/12/17 (date) by LB (initials)
12 (# of pages)

## AMENDED COMPLAINT

☒ 42 USC § 1983 (suit against state officials for constitutional violations)
☐ 28 USC § 1331 (suit against federal officials for constitutional violations)
☐ Other

---

Please note: This form has been created for prisoners but can be adopted for use by non-prisoners.

Now comes the plaintiff, Jonathan T. Carter, and states as follows:
My current address is: Pontiac Correctional Center, Pontiac Illinois 61764 P.O. Box 99

The defendant Micheal Melvin, is employed as Warden
         at Pontiac Correctional Center
The defendant Rilwan Ojelade, is employed as Doctor
         at Pontiac Correctional Center
The defendant Andrew Tilden, is employed as Doctor
         at Pontiac Correctional Center

The defendant Cheryl Hansen, is employed as Doctor _____ at Pontiac Correctional Center

The defendant Scott Burke, is employed as Correctional Officer Lieutenant at Pontiac Correctional Center

The defendant Susan Prentice, is employed as Correctional Officer Major at Pontiac Correctional Center

The defendant Andrea Moss, is employed as Mental Health Professional at Pontiac Correctional Center

The defendant Kelly Haag, is employed as Mental Health Professional at Pontiac Correctional Center

The defendant Jessica Chico, is employed as Nurse and Medical Technician at Pontiac Correctional Center

The defendant Tracie Kbellesuik, is employed as Nurse and Medical Technician at Pontiac Correctional Center

The defendant Rochelle Caldwell, is employed as Nurse and Medical Technician at Pontiac Correctional Center

The defendant Kristi Eskelemer, is employed as Nurse and Medical Technician at Pontiac Correctional Center

The defendant Chtlin (J), is employed as Nurse and Medical Technician at Pontiac Correctional Center

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuit in state or federal Court dealing with the same facts involved in this case?   Yes ☑   NO ☐

If yes, please describe

_____ Medical and inhumane living Conditions _____
_____
_____

B. Have you brought any other lawsuit in state or federal Court while incarcerated?
            Yes ☑      NO ☐

C. If your answer to B is yes, how many? __1__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit on another piece of paper using the same outline.)

1. Parties to previous lawsuits:
   Plaintiff(s) Jonathan T Carter
   Defendant(s) Stateville / State OF Illinois

2. Court (if federal court, give name of district; if state court, give name of county)
   Will County

3. Docket Number / Judge
   16CC1573   Patrica Murphy

4. Basic Claim made
   Medical

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is It still pending?)
   Dismissed

6. Approximate date of filing of lawsuit   12/10/15

7. Approximate date of disposition   2/10/17

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? Yes ☒ NO ☐

B. Have you filed a grievance concerning the facts relating to this complaint? Yes ☒ NO ☐ If your answer is NO, explain why not

C. Is the grievance process completed? Yes ☒ NO ☐
   Please Note: The Prison LITIGATION REFORM ACT BARS ANY

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

The Court has already recieved all information at this point allowed that's partaining to my grievance. This an amended Complaint.

## STATEMENT OF CLAIM

Place of the Occurrence: Pontiac Correctional Center/North Cell House

Date of the Occurrence: 1/15/16

Witnesses to the occurrence: Camera footage only

State here briefly the Facts that support your case. Describe how Each defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

The Court Strongly Urges That You Use Only The Space Provided.

(1) Micheal Melvin Warden at Pontiac Correctional Center is responsible for letting the deliberate indeterrance, cruel and unusual punishment, food issue, inhumane living conditions, the holding of me in the North Cell House and many other issue's that transpired at Pontiac Correctional Center. Micheal Melvin was Warden of operations, Warden of programs & Head Warden. Warden of programs is in charge of grievance committe, Health Care and so on and so forth. Warden of operations is in charge of Maintenance, Dietary Department, Security and so on and so forth. Warden of the facility is responsible for the supervision of staff members. He is ultimately responsible for overseeing both programs and operational services of the facility, as well as ensuring compliance with all departments directives and rules. I wrote defendant Micheal Melvin, filed grievances, and spoke to him face to face on many occasions about my health, mental health, living conditions of confinment and cell house assignment but still under his supervision I was treated unhuman, slave like and deprival of my institutional, state and civil rights. By him being in charge of these departments rather it be staff other any other complaint

(1 of 5)

falls on him because he was aware of all issue's so merit should be granted against this defendant.

(2) Doctor, Riliwan oJelade is responsible for prescribing me Ibuprofin for a tornach inflection and denying me additional testing rather blood or MRI.

(3) Doctor Andrew Tilden is responsible for prescribing me prilosec before reading my medical and mental health chart. He didn't give me additional blood testing, stool testing or MRI.

(4) Doctor, Cheryl Hansen prescribed me pepcid without my consent, prescribe me Nexium a drug that's not suppose to be prescribed in the Illinois Department of Corrections. She also prescribed me Pink Bismatrol when the health hazards were bloody or black stool, an ulcer, bleeding problem or arthritis. She also denied me additional testing like stool testing, blood testing and MRI.

While I was a inmate at Menard Correctional Center from 10/12/16 until 5/10/17 test was provided by x-ray which came back possitive for build up and blockage. A stool sample came back positive for blood in my stool. Doctors at Menard prescribed medicines like Dulcolax, Ana-Med Suppository and Hemorrhoidal ointment for internal and external hemorrhoids. I was scheduled for additional test at Menard but was transferred to Pontiac before they could be done. I've suffered with these stomach problems as my medical chart as exhibits assist. I don't know what's wrong with me I just know im in pain and I fear if I don't recieve additional testing I will become more

(2 of 5)

ill in health. My sickle cell trait condition hinder me as well. I had to inject medications in my arms. I've threw up blood, urinated out blood, had nose bleeds and coughed up blood. Side effects from medicine cause these problems to occur as well as testicle pains as well. All three of these doctors deprived me additional testing which is deliberate indifference and cruel and unusual punishment and all three should be held on as defendants in my suit.

(5) Lieutenant Scott Funke is responsible for holding me in North House at Pontiac Correctional Center upon arrival and assisted Major Susan Prentice by agreeing to place me on a unconstitutional 48 strip out.

(6) Major Susan Prentice is responsible for holding me in the North Cell House upon arrival, mail tampering. She also placed me on a 48 hour strip out with no mattress, blanket, sheets, toothpaste, soap, towel and toilet paper while employee's sprayed pepper spray through the ventilation system for requesting medical assistance.

Major Prentice was Major for a total of 6½ months while I was confined in the North House. I complained to her about living conditions, health care, cell house assignment, & harrassment by staff. The Cell House Major under administrative direction of the assistant Warden of Operations. An administrative Major plans and administers all programs and operations activities within a living unit. Assists in the formulations of and carries out policies, procedures and instructions of the Chief Administrative Officer; responsible for the treatment and rehabilitation of offenders, supervisors staff in maintaining and enforcing disciplinary, safety

(3 of 5)

Security, sanitary and custodial measures. For these reasons stated Susan Prentice should be kepted as one of my defendants.

(7) Nurse Jessica Chice played with my medication by droping it on the floor. Sometimes this nurse didn't give me my meds. She denied me medical assistance that caused a hunger strike for four days that led to mental anguish and depression.

(8) Nurse Tracie Klebesuik walked off without giving me medical assistance, didn't except my medical request forms. This was an act of reckless disregard.

(9) Nurse Kristi Eshlemex denied me proper medical assistance upon arrival and didn't properly educate Security and Wardens about Sickle Cell Trait and H-pylori as the whole medical team didn't. This is and was reckless disregard.

(10) Nurse Caldwell denied me proper medical assistance, walked off without giving me my medication for stomach issues and our problems. Sometimes this nurse did not turn in medical request forms. This is and was reckless disregard.

(11) Nurse Cinthia W administered a needle injection on 12/4/15 when she withdrawled blood from my veins in a inhumane prison cell house. All needle injections are suppose to be done in a prison Health Care Unit.

(12) Andrea Moss didn't take my mental Health issues seriously, never kept appointments she made for me to stress my mental issues and did nothing to assist the situation with helping me be moved from the north house which caused mental anguish.

(13) Kelly Haag didn't take my mental health issues seriously, never kept appointments and didn't assist my attempts to be moved from the north house when she knew my health problem and mental health history, just like Andrea Moss.

(4 of 5)

Health Care unit is suppose to provide Offenders with medical services at a level Commensurates with good medical practice for all Offenders and Staff. In addition health care is responsible for pharmacy service, laboratory service and so on and so forth.

These employees as a whole in many departments demoralized me, treated me like I was unhuman that caused other health issues. Today im mentally scared and dont know who I can trust. Just as I need medical assistance in need mental health assistance but fear I won't be taken seriously and treated fairly. For these reasons all of my defendants should be kept because the Merits are in the documentation that show deliberate indifference.

(5 of 5)

## RELIEF REQUESTED
(State exactly what relief you want from the court.)

I'm requesting $200,000 for Injury, Deliberate Indifference and Mental Anguish caused by lack of Health Care Services and inhumane living Conditions.

I'm also requesting $50,000 in Punitive Damages for pain and Suffering, deprivement and Harassment.

JURY DEMAND   Yes ☑   NO ☐

Signed this 10 day of May 2017

Name of Plaintiff:
Jonathan T. Carter

Inmate Identification Number:
R-17412

Address:
Pontiac Correctional Center
Pontiac IL 61764
P.O. Box 99

Telephone Number:
(815) 842-2815

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF Livingston   )

## AFFIDAVIT

I, Jonathan T. Carter, being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

On 5/4/17 I had a Merit review while I was a inmate at Menard Correctional Center. On this date I was told to Amend my Complaint which I did. Grievance dated 5/26/16 is fully exhausted and is pertaining to Health Care/Medical treatment, placement and living conditions while in confinement. If each and every other grievance can not be used for the purpose of exhaustion I ask the Court with respect and Compassion to use these grievances as exhibits of proof for merit because they show the deliberate indifference, cruel and unusual punishment and inhumane living conditions. I am now a inmate at Pontiac Correctional Center as of 5/10/17 and ask the Hon. Judge Herold Baker to reschedule a new merit review or what ever the Court finds fit. These grievances also is recognition of all of my defendants and there inconsistent acts as a employee. The information in this affidavit is true and correct in substance and in fact. Carter #R-17412

Subscribed and sworn to
before me on the 12 day
of May , 2017.

_____
NOTARY PUBLIC

OFFICIAL SEAL
AMBER L. POTTS
Notary Public - State of Illinois
My Commission Expires 11/18/2019

Respectfully submitted,

Jonathan Carter