Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Jonathan T. Carter** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 17-1110 |
| | ) |
| **Michael Melvin, Riliwan Ojelade,** | ) |
| **Andrew Tilden, Cheryl Hansen,** | ) |
| **Scott Punke, Susan Prentice,** | ) |
| **Jessica Clice, Tracie Klellesuik,** | ) |
| **Rachelle Caldwell, Kristi Eshelemen,** | ) |
| **Cirttia W, Andrea Moss, Kelly Haag** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff recovers nothing on his claims against the defendants and that this action is dismissed on its merits, with the parties to bear their own costs.

**Dated: 3/27/2019**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court